# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JERMAINE WILLIAMS**  **PLAINTIFF**
**ADC #175623**

v.  **CASE NO. 3:22-CV-00029-BSM**

**DANIEL DILLARD,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Jermaine Williams's motion to amend his complaint [Doc. No. 6] is granted. *See* Fed. R. Civ. P. 15(a). Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 5] is rejected and the case is remanded to Judge Ray for consideration of Williams's amended complaint. Williams's motion for status update [Doc. No. 11] is granted, and the Clerk is directed to send Williams a copy of this order and the docket sheet. The Clerk is directed to file Williams's proposed amended complaint [Doc. No. 6-1] on the docket as an amended complaint.

IT IS SO ORDERED this 2nd day of November, 2022.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE