# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JERMAINE WILLIAMS**  **PLAINTIFF**
ADC #175623

v.   **CASE NO. 3:22-CV-00029-BSM**

**DANIEL DILLARD,** *et al.*  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 14] is adopted. Williams' complaints [Doc. Nos. 1, 13] are dismissed without prejudice. Williams's motion to change venue [Doc. No. 15] is denied because his case was properly filed in the Eastern District of Arkansas, which encompasses the federal courts in both Jonesboro and Little Rock.

It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal of this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 8th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE