IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JERMAINE WILLIAMS**                                                                   **PLAINTIFF**
ADC #175623

v.                    **CASE NO. 3:22-CV-00029-BSM**

**DANIEL DILLARD,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of December, 2022.

                                                                     */s/ Brian S. Miller*
                                                          UNITED STATES DISTRICT JUDGE